```
             UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF MISSISSIPPI
                    NORTHERN DIVISION
```

WALTER EXCELL GRIFFITH, JR.                              PLAINTIFF

VS.                              CIVIL ACTION NO. 3:13CV14TSL-JMR

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL SECURITY                          DEFENDANT


<u>ORDER</u>

This cause is before the court on the objections of plaintiff Walter Excell Griffith, Jr. to the report and recommendation of United States Magistrate Judge John M. Roper entered on January 27, 2014, recommending that the court grant defendant's motion to affirm the ALJ's decision that plaintiff is not entitled to social security benefits.  The court, having fully reviewed the report and recommendation and being duly advised in the premises, now finds that the report and recommendation is adopted over the objections of the plaintiff as the opinion on the court.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 27th day of March, 2014.


                              /s/ Tom S. Lee
                              UNITED STATES DISTRICT JUDGE